# Court of Appeals
# of the State of Georgia

ATLANTA, _August 18, 2022_

*The Court of Appeals hereby passes the following order:*

**A23E0004. ANDREW MERLE VANVLERAH v. KATELYNN VANVLERAH.**

Upon consideration of Appellant's Rule 40 (b) Emergency Motion seeking a 20-day extension of time in which to file a discretionary application from the trial court's July 20, 2022, order, it is ordered that the motion is hereby GRANTED. Appellant's discretionary application shall be due on September 8, 2022.



*Court of Appeals of the State of Georgia*
*Clerk's Office, Atlanta,__08/18/2022_____*
*I certify that the above is a true extract from the minutes of the Court of Appeals of Georgia.*
*Witness my signature and the seal of said court hereto affixed the day and year last above written.*

___Stephen E. Castlen_____ *, Clerk.*